1112

No. 98–1287. AIRBORNE FREIGHT CORP. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–1290. GSCHWIND, IN HER OWN RIGHT AND ADMINISTRATRIX OF THE ESTATE OF GSCHWIND, DECEASED v. CESSNA AIRCRAFT CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1317. ZIMMERMAN v. PONTOTOC COUNTY ET AL. Sup. Ct. Miss. Certiorari denied.

No. 98–1337. WAGNER v. CELEBREZZE, JUDGE, COURT OF COMMON PLEAS, DIVISION OF DOMESTIC RELATIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1389. DUREE v. DOCTOR'S ASSOCIATES, INC. Sup. Ct. Kan. Certiorari denied.

No. 98–1392. EMI GROUP NORTH AMERICA, INC. v. INTEL CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–1414. SCHWARTZ v. GREGORI ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1416. CRITTEN ET UX. v. INTERNATIONAL BANK OF COMMERCE, BROWNSVILLE. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 98–1419. SEPTOWSKI v. McGEHEE. C. A. 6th Cir. Certiorari denied.

No. 98–1420. AKIN ET AL. v. ASHLAND CHEMICAL CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1423. ARMSTRONG v. BILLINGHAM ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–1429. HAMILTON ET AL. v. ROBERTS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1434. BACOTE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.